In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00382-CR
_____

ROBERT JASON LOGAN, Appellant

V.

THE STATE OF TEXAS, Appellee

_____

**On Appeal from the 75th District Court**
**Liberty County, Texas**
**Trial Cause No. CR28367**

_____

**MEMORANDUM OPINION**

The trial court sentenced Robert Jason Logan on February 10, 2012. Logan filed a notice of appeal on September 27, 2018, more than thirty days after sentencing. We notified the parties that our jurisdiction was not apparent from the notice of appeal and further notified them that the appeal would be dismissed for want of jurisdiction unless we received a response showing grounds for continuing the appeal. Logan filed a response in which he argues that he timely filed a notice of appeal from the trial court's September 10, 2018, order denying Logan's motion to

1

enter a judgment *nunc pro tunc*. An order denying Logan's motion for judgment

*nunc pro tunc* is not independently appealable. *See Everett v. State*, 82 S.W.3d 735,

735 (Tex. App.—Waco 2002, pet. dism'd).[1] We dismiss the appeal for lack of

jurisdiction. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on October 30, 2018
Opinion Delivered October 31, 2018
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.

---

[1] A *nunc pro tunc* judgment is appealable. *Blanton v. State*, 369 S.W.3d 894, 904 (Tex. Crim. App. 2012). In this case, however, the trial court denied Logan's request and did not sign a judgment *nunc pro tunc*.